REUBEN ROSE & CO., INC., Appellant, v. DAVON ASSOCIATES, LTD., Respondent.

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.

BERTHA KULOCK et al., Respondents, v. KIAMESHA CONCORD, INC., Appellant.

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.